# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    SA CV 12-00437-DOC(MLGx)                    Date    April 6, 2012

Title    FEDERAL NATIONAL MORTGAGE ASSOCIATION -v- LAWRENCE RING, etc., et al.

Present: The
Honorable         DAVID O. CARTER

| D. Beard for J. Barrera | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

NONE                                                  NONE

Proceedings:    (In Chambers)    ORDER TO SHOW CAUSE RE DISMISSAL RETURNABLE
APRIL 20, 2012


Counsel are hereby ordered to show cause in writing no later than **April 20, 2012**, why this case should not be dismissed for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon filing of a response.

Counsel is advised that the Court will consider the filing of:

X              Answer by defendant(s)
X              Plaintiff's  Request for Clerk's Default

on or before the date upon which the response is due.


The Clerk shall serve this minute order on counsel for all parties in this action.


                                                      :      0

                              Initials of Preparer    db for kp